# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | ELECTRONICALLY FILED |
| TSAR NICHOULAI CAVIAR, LLC, ) | Bankruptcy No. 18-10066-11 |
| Debtor(s). ) | |

## MOTION OF PACIFIC PLAZA IMPORTS, INC. TO MODIFY STAY

Pacific Plaza Imports, Inc., respectfully represents:

1. The debtor filed a petition under Chapter 11 of the Bankruptcy Code on January 16, 2018.

2. Pacific Plaza Imports, Inc., is the holder of a claim against the debtor.

   a. As of the date of the filing of debtor's petition, the balance due is $2,062,634.20;

   b. The identity of persons claiming an interest in the subject property are:

      Tsar Nichoulai Caviar, LLC
      Pacific Plaza Imports, Inc.

3. Pacific Plaza Imports, Inc., has a valid judgment creating a lien against the following described property:

   **The Land Referred to Herein Below is Situated in the Unincorporated Area in County of Sacramento, State of California and is Described as Follows:**

   **Parcel One:**

   **Lot 473 as Shown on the Plat of Central California Traction Colony Unit No. 6, According to the Official Plat Thereof, Filed in the Office of the Recorder of Sacramento County, California on May 11, 1912, In Book 13 of Maps, at Page 18.**

   **Parcel Two:**

   **An Access Easement as Granted in that Certain "Exclusive Access Easement Agreement" Recorded September 28, 2004, in Book 20040928, Page 1098, Official Records Thereof.**

6

A copies of relevant portions of the judgment and related pleadings are attached hereto. The documents attached may not be all relevant documents and may not include the backs of some documents. (Additional documents or supplements are available upon request.)

4. The debtor is in default and the security is subject to rapid deterioration.

5. Pacific Plaza Imports, Inc., does not have and has not been offered, adequate protection for its interest in the security.

6. If Pacific Plaza Imports, Inc., is not permitted to complete the foreclose of its judgment against said property will suffer irreparable injury, loss and damage.

7. Lifting the stay should be done both for this bankruptcy and any subsequent case.

WHEREFORE, Pacific Plaza Imports, Inc., prays that upon final hearing of this Motion, the Stay pursuant to 11 U.S.C. § 362 be modified to permit it to finish the foreclosure of the real estate listed hereinabove; and that it have such other and further relief as is just and proper.

Respectfully submitted,

BRUCE & LEHMAN, L.L.C.
*s/ Eric D. Bruce*
ERIC D. BRUCE, #09438
P.O. Box 75037
Wichita, KS 67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
Ebruce@KsAdvocates.com
Attorney for Pacific Plaza Imports, Inc.

6/30

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Anna M. Rossi, SBN 106229<br>Law Offices of Anna M. Rossi<br>1120 Ballena Blvd., Suite 100, Alameda, CA 94501<br>TELEPHONE NO.: (510) 522-7900   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs Mats Engstrom, et al. | **FILED**<br>San Francisco County Superior Court<br>JUL 1 4 2011<br>CLERK OF THE COURT<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: Mats Engstrom, et al.<br>DEFENDANT: Tsar Nicoulai Caviar, LLC, et al. | |

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk   ✔ By Default   ☐ After Court Trial<br>☐ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | CGC-10-500452 |

## JUDGMENT

1. ✔ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ✔ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ✔ plaintiff's testimony and other evidence.
      (2) ✔ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:        ☐ Plaintiff's attorney *(name each)*:
         (1)                              (1)
         (2)                              (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each)*:        ☐ Defendant's attorney *(name each)*:
         (1)                              (1)
         (2)                              (2)
      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Mats Engstrom, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Tsar Nicoulai Caviar, LLC, et al. | CGC-10-500452 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [✓] THE COURT  [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [✓] for plaintiff *(name each)*:
      Mats and Dafne Engstrom
      and against defendant *(names)*:
      Tsar Nicoulai Caviar, LLC and RH Capital, LLC
      [ ] Continued on Attachment 5a.
   
   b. [ ] for defendant *(name each)*:
   
   c. [ ] for cross-complainant *(name each)*:
      and against cross-defendant *(name each)*:
      [ ] Continued on Attachment 5c.
   
   d. [ ] for cross-defendant *(name each)*:

6. **Amount.**
   a. [✓] Defendant named in item 5a above must pay plaintiff on the complaint:
   
   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | [✓] | Damages | $1,025,959.22 | (1) | [ ] Damages | $ |
| (2) | [✓] | Prejudgment interest at the annual rate of 8-10 % | $191,975.68 | (2) | [ ] Prejudgment interest at the annual rate of  % | $ |
| (3) | [✓] | Attorney fees | $96,780.00 | (3) | [ ] Attorney fees | $ |
| (4) | [✓] | Costs | $3,306.10 | (4) | [ ] Costs | $ |
| (5) | [ ] | Other *(specify)*: | $ | (5) | [ ] Other *(specify)*: | $ |
| (6) | | **TOTAL** | $1,318,021.00 | (6) | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $
         [ ] and attorney fees $
   
   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $
         [ ] and attorney fees $

7. [ ] Other *(specify)*:

Date: JUL 14 2011

[ ] _____
JUDICIAL OFFICER

Date: _____  [ ] Clerk, by _____, Deputy

---

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]  **JUDGMENT**

Thomas T. McCormick (SBN 112723)
**MCCORMICK LAW FIRM**
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563
Telephone: 925.253.3700
Facsimile: 925.254.4174

Attorneys for Assignee
Pacific Plaza Imports, Inc.

ELECTRONICALLY
**FILED**
Superior Court of California,
County of San Francisco
**12/21/2016**
Clerk of the Court
BY:MADONNA CARANTO
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA - COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MATS ENGSTROM, DAFNE ENGSTROM, and CALIFORNIA ESTATE OSETRA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TSAR NICOULAI CAVIAR, LLC; et al.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CGC-10-500452<br><br>ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AGAINST TSAR NICOULAI CAVIAR, LLC IN FAVOR OF MATS ENSTROM AND DAFNE ENGSTROM TO PACIFIC PLAZA IMPORTS, INC. |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Plaintiffs and Judgment Creditors, MATS ENGSTROM and DAFNE ENGSTROM do hereby acknowledge assignment, of all right, title and interest to the judgment against Defendant and Judgment Debtor, TSAR NICOULAI CAVIAR, LLC, a Nevada limited liability company, entered and filed in this matter on July 14, 2011 in the total sum of One Million, Three Hundred Eighteen Thousand, Twenty-One dollars ($1,318,021.00), plus post Judgment interest from July 14, 2011, and thereafter until the judgment is collected to PACIFIC PLAZA IMPORTS, INC., a California corporation ("Assignee").

Plaintiff and Judgment Creditor's name and current address was originally set forth in the judgment as:

MATS ENGSTROM and DAFNE ENGSTROM:

In Care Of:

Duncan MacDonald

ROSSI & MACDONALD

A Professional Corporation

369 Pine Street, Suite 400

San Francisco, CA 94104

Tel: (415) 956-7777

Fax: (844) 287-8360

The Assignee and new Plaintiff and Judgment Creditor's name and current address is:

PACIFIC PLAZA IMPORTS, INC., a California corporation

In Care Of:

Thomas T. McCormick,

McCormick Law Firm, PC

21-C Orinda Way, #203

Orinda, CA 94563

Telephone: 925-253-3700; Facsimile: 925-254-4174

The <u>First</u> Judgment Debtor's name and last known address is:

RH Capital LLC, an Oklahoma limited liability company.

c/o McAfee & Taft, Attorneys at Law

Attn: Stan Kelley

211 North Robinson

10th Floor

Two Leadership Square

Oklahoma City, OK 73102-7103

McCormick Law Firm
21-C Orinda Way, #203
Orinda, CA 94563
Tel: 925-253-3700; Fax: 925-254-4174

Case 18-10066   Doc# 10   Filed 01/29/18   Page 6 of 17
ACKNOWLEDGMENT AND ASSIGNMENT OF JUDGMENT.                    PAGE 2

The Judgment Debtor's name and last known address is:

TSAR NICOULAI CAVIAR, a Nevada limited liability company

5018 Tuttle Cove Road

Manhattan, KS 66503

Telephone: 602-359-1544

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 2, 2016

_____
Mats Engstrom

Dated: December 2, 2016

_____
Dafne Engstrom

# SACRAMENTO COUNTY  SHERIFF'S DEPARTMENT

## SCOTT R. JONES
*Sheriff*

December 14, 2017

Pacific Plaza Imports, Inc., Assignee of Judgment
c/o Thomas T. McCormick, SBN 112723
21-C Orinda Way, #203
Orinda, CA 94563

RE: Notice to Interested Party

Case name: Mats Engstrom vs. Tsar Nicoulai Caviar, LLC
Court Case #: CGC-10-500452
Sheriff File #: 2017008619

Enclosed herewith please find a Notice of Sale of Real Property with reference to the above entitled action.

Very truly yours,

SCOTT R. JONES, SHERIFF

By _____

Klarissa Esio
Senior Sheriff's Records Specialist

Enclosure

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| McCormick Law Firm, PC<br>21-C Orinda Way<br>#203<br>Orinda, CA 94563<br>TELEPHONE NO.: Work: (925) 253-3700  FAX NO.: Fax: (925) 254-4174<br>E-MAIL ADDRESS: Tom@McCormickBusiness.com<br>ATTORNEY FOR (Name): Pacific Plaza Imports, Inc., Assignee of Judgment | Sacramento County Sheriff's Office<br>Sheriff's Civil Bureau<br>3341 Power Inn Road, #313<br>Sacramento, CA 95826-3889<br><br>(916) 875-2665<br>Fax: (916) 875-2664 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Francisco Co. Sup. Court-400 | California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF/PETITIONER: Mats Engstrom, et. al.<br>DEFENDANT/RESPONDENT: Tsar Nicoulai Caviar, LLC, et. al. | COURT CASE NUMBER:<br>CGC-10-500452 |
| Notice of Sheriff's Sale of Real Property (CCP 701.540) | LEVYING OFFICER FILE NUMBER:<br>2017008619 |

Date  12/12/2017

Under a  [x] Writ of Execution
        [ ] Writ of Sale for Partition
        [ ] Warrant Issued by the State of California

Issued out of the above court on 02/17/2017, on the Judgment rendered on 07/14/2011.

for the sum of $2,062,634.20; I have levied upon all the rights, title, claim and interest of the judgment debtor(s),

Tsar Nicoulai Caviar, LLC

in the real property, in the county of Sacramento, described as follows: 10822 Gay Road, Wilton, CA 95693, See attached Exhibit A 134-0173-013-0000

Minimum Bid Amount (if applicable):  $65,518.19

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 to 701.680, INCLUSIVE, OF THE CODE OF CIVIL PROCEDURE FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS, AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder, for cash in lawful money of the United States, all the rights, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs on:

| Date/Time of Sale | Location of Sale |
|---|---|
| 01/17/2018 10:00AM | William R. Ridgeway Family Relations Courthouse, 3341 Power Inn Road, Sacramento, CA 95826 |

Directions to the property location can be obtained from the levying officer upon oral or written request.

Scott R. Jones, Sheriff

A. Delgadillo #214, Sheriff's Authorized Agent

LIENS MAY BE PRESENT WHICH MAY OR MAY NOT SURVIVE THIS LEVY.

# EXHIBIT A

## LEGAL DESCRIPTION
## FOR REAL PROPERTY COMMONLY KNOWN AS
## 10822 Gay Road, Wilton CA 95693

**For APN/Parcel ID(s): 134-0173-013-0000**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

LOT 473 AS SHOWN ON THE PLAT OF CENTRAL CALIFORNIA TRACTION COLONY UNIT NO. 6, ACCORDING TO THE OFFICIAL PLAT THEREOF, FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA ON MAY 11, 1912, IN BOOK 13 OF MAPS, AT PAGE 18.

PARCEL TWO:

AN ACCESS EASEMENT AS GRANTED IN THAT CERTAIN "EXCLUSIVE ACCESS EASEMENT AGREEMENT" RECORDED SEPTEMBER 28, 2004, IN BOOK 20040928, PAGE 1098, OFFICIAL RECORDS THEREOF.

| | |
|---|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. | |

STATE OF CALIFORNIA )  ss
COUNTY OF SAN FRANCISCO )

On 12/6/16, before me, ALLEN BEARD, a Notary Public, personally appeared Mats Engstrom, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AGAINST TSAR NICOULAI CAVIAR, LLC IN FAVOR OF MATS ENSTROM AND DAFNE ENGSTROM TO PACIFIC PLAZA IMPORTS, INC., and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

[Notary Seal: ALLEN BEARD, COMM. #2017884, Notary Public · California, San Francisco County, Comm. Expires Apr 6, 2017]

| | |
|---|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. | |

STATE OF CALIFORNIA )  ss
COUNTY OF SAN FRANCISCO )

On 12/6/16, before me, ALLEN BEARD, a Notary Public, personally appeared Dafne Engstrom, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AGAINST TSAR NICOULAI CAVIAR, LLC IN FAVOR OF MATS ENSTROM AND DAFNE ENGSTROM TO PACIFIC PLAZA IMPORTS, INC., and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

[Notary Seal: ALLEN BEARD, COMM. #2017884, Notary Public · California, San Francisco County, Comm. Expires Apr 6, 2017]

McCormick Law Firm
21-C Orinda Way, #203
Orinda, CA 94563
Tel: 925-253-3700; Fax: 925-254-4174

# PROOF OF SERVICE
## Case No. CGC-10-500452

I, Christina Flores, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. On December 21, 2016, I served the attached:

1. ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AGAINST TSAR NICOULAI CAVIAR, LLC IN FAVOR OF MATS ENSTROM AND DAFNE ENGSTROM TO PACIFIC PLAZA IMPORTS, INC.

on the interested party(ies) named below:

Marion Mahone
Manager
Tsar Nicoulai Caviar, LLC
5018 Tuttle Cove Road
Manhattan, KS 66503
602-359-1544
azdigging1@aol.com

Attorney for TNC, LLC:
David Chapman
Law Office of David T. Chapman
1050 Northgate Drive
Suite 333
San Rafael, CA 94903
415-613-9483
David@DavidChapmanLaw.com

Agent For Service of Process For:
Tsar Nicoulai Caviar, LLC
c/o Nevada Business Services
1805 N. Carson Street, Suite X
Carson City, NV 89701

RH Capital LLC, an Oklahoma limited liability company.
c/o McAfee & Taft, Attorneys at Law
Attn: Stan Kelley
211 North Robinson, 10th Floor
Two Leadership Square
Oklahoma City, OK 73102-7103

Agent For Service of Process For:
RH Capital LLC,
c/o Oklahoma Secretary of State
421 NW 13th St, Suite 210
Oklahoma City, OK 7310

I served the attached document(s) in the manner indicated below:

☒ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named below that do not have email addresses, and following ordinary business practices, placed said envelope(s) at the Law Offices of McCormick Law Firm, PC, 21-C Orinda Way, #203 or 17 Camino Encinas, Orinda, CA 94563, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY ELECTRONIC MAIL:** I caused true and correct copies of the above documents to be sent via e-mail to the parties or their attorneys with e-mail addressee(s) listed below where they have agreed to accept service by email. I did not receive, within a reasonable amount of time after the transmission, any electronic message other indication that the transmission was unsuccessful.

☐ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FACSIMILE:** I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was 925-254-4174. The fax number(s) of the machine(s) to which the document(s) were transmitted are listed above. The fax transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this was executed December 21, 2016, at Orinda, California.

_____
Christina Flores

# TSAR NICOULAI CAVIAR, LLC

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/2/2002 |
| Type: | Domestic Limited-Liability Company | Entity Number: | ■ |
| Qualifying State: | NV | List of Officers Due: | 10/31/2018 |
| Managed By: | Managers | Expiration Date: | 10/2/2502 |
| NV Business ID: | ■ | Business License Exp: | 10/31/2018 |

| Additional Information | |
|---|---|
| Central Index Key: | |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | NEVADA BUSINESS SERVICES | Address 1: | 1805 N CARSON STREET SUITE X |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| Manager - MARION MAHONE | | | |
| Address 1: | 5018 TURTLE COVE | Address 2: | |
| City: | MANHATTAN | State: | KS |
| Zip Code: | 66502 | Country: | |
| Status: | Active | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC12093-2002-001 | # of Pages: | 2 |
| File Date: | 10/2/2002 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LLC12093-2002-003 | # of Pages: | 2 |
| File Date: | 1/9/2003 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LLC12093-2002-004 | # of Pages: | 1 |
| File Date: | 10/13/2003 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LLC12093-2002-002 | # of Pages: | 2 |
| File Date: | 12/16/2004 | Effective Date: | |

List of Officers for 2004 to 2005

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20050352286-13 | # of Pages: | 1 |
| File Date: | 8/26/2005 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20070274188-09 | # of Pages: | 1 |
| File Date: | 4/18/2007 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20080396478-17 | # of Pages: | 1 |
| File Date: | 6/11/2008 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20090479015-07 | # of Pages: | 1 |
| File Date: | 6/10/2009 | Effective Date: | |

08/09

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20090789152-33 | # of Pages: | 1 |
| File Date: | 11/2/2009 | Effective Date: | |

2009-2010 SBL

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20100969235-87 | # of Pages: | 1 |
| File Date: | 12/30/2010 | Effective Date: | |

(No notes for this action)

| Action Type: | Commercial Registered Agent Resignation | | |
|---|---|---|---|
| Document Number: | 20130449791-50 | # of Pages: | 1 |
| File Date: | 7/2/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Reinstatement | | |
|---|---|---|---|
| Document Number: | 20140671500-10 | # of Pages: | |

|  |  |  |  |
|---|---|---|---|
| File Date: | 9/18/2014 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20140671901-21 | # of Pages: | 1 |
| File Date: | 9/18/2014 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Acceptance of Registered Agent | | |
| Document Number: | 20140671903-43 | # of Pages: | 1 |
| File Date: | 9/18/2014 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20150443262-79 | # of Pages: | 1 |
| File Date: | 10/6/2015 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20160478339-43 | # of Pages: | 1 |
| File Date: | 10/31/2016 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20170484583-52 | # of Pages: | 1 |
| File Date: | 11/16/2017 | Effective Date: | |
| (No notes for this action) | | | |

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):<br>Thomas T. McCormick, SBN 112723<br>McCormick Law Firm, PC<br>21-C Orinda Way, #203<br>Orinda, CA 94563<br>TELEPHONE NO.: 925-253-3700  FAX NO.: 925-254-4174<br>E-MAIL ADDRESS: Tom@McCormickBusiness.com<br>ATTORNEY FOR (Name): Assignee of Judgment, Pacific Plaza Imports, Inc.<br>[✓] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [✓] ASSIGNEE OF RECORD | | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Main - Civic Center

PLAINTIFF: Mats Engstrom, et. al.,

DEFENDANT: Tsar Nicoulai Caviar, LLC, et. al.,

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | [ ] Limited Civil Case [ ] Small Claims Case<br>[✓] Unlimited Civil Case [ ] Other_____ | CASE NUMBER:<br>CGC-10-500452 |
|---|---|---|---|

1. **To the Sheriff or Marshal of the County of:** Sacramento
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Pacific Plaza Imports, Inc., as assignee of judgment for Mats Engstrom and Dafne Engstrom.
   is the [ ] judgment creditor [✓] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Tsar Nicoulai Caviar, LLC
   C/O Marion Mahone, Manager
   5018 Tuttle Cove Road
   Manhattan, KS 66503
   602-359-1544

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):* July 14, 2011
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [ ] has not been requested.
   b. [✓] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

9. [✓] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ............................. $ 1,318,021.00
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $
13. Subtotal *(add 11 and 12)* ................ $ 1,318,021.00
14. Credits ..................................... $ 0
15. Subtotal *(subtract 14 from 13)* .......... $ 1,318,021.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 744,588.20
17. Fee for issuance of writ ................... $ 25.00
18. **Total** *(add 15, 16, and 17)* ............. $ 2,062,634.20
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. ...... $ 361.10
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........... $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* FEB 1 7 2017    Clerk, by _____ ANNIE OTERO, Deputy

CLERK OF THE COURT

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

| PLAINTIFF: Mats Engstrom, et. al., | CASE NUMBER: |
|---|---|
| DEFENDANT: Tsar Nicoulai Caviar, LLC, et. al., | CGC-10-500452 |

EJ-130

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

22. ☑ **Notice of sale** has been requested by *(name and address):*

Pacific Plaza Imports, Inc., Assignee of Judgment
C/o Thomas T. McCormick, 21-C Orinda Way, #203, Orinda, CA 94563

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
 a. on *(date):*
 b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

 a. on *(date):*
 b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

 c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☑ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
 a. ☐ Possession of real property: The complaint was filed on *(date):*
  *(Check (1) or (2)):*
  (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
  (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
   (a) $ was the daily rental value on the date the complaint was filed.
   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
 b. ☐ Possession of personal property.
  ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
 c. ☐ Sale of personal property.
 d. ☑ Sale of real property.
 e. Description of property:
  10822 Gay Road, Wilton, Sacramento County, California 95693, APN: 134-0173-013.

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A *Claim of Right to Possession* form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2012] — **WRIT OF EXECUTION** — Page 2 of 2