UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | **ELECTRONICALLY FILED** |
| TSAR NICHOULAI CAVIAR, LLC, ) | Bankruptcy No. 18-10066-11 |
| Debtor(s). ) | |

## NOTICE ON MOTION OF PACIFIC PLAZA IMPORTS, INC. TO MODIFY STAY

YOU ARE HEREBY notified that if no objection to the Motion of Pacific Plaza Imports, Inc. to Modify Stay is filed in writing with the Clerk of the U. S. Bankruptcy Court by **FEBRUARY 20TH, 2018,** said motion will be granted by entry of an order, to be prepared and submitted by the creditor.

If a written objection is timely filed with the Clerk of the U. S. Bankruptcy Court, a hearing will be scheduled before the U.S. Bankruptcy Court, 401 N. Market, Room 150, Wichita, KS 67202 , on the **7TH day of MARCH, 2018, at 10:30a.m.**

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

BRUCE & LEHMAN, L.L.C.
*S/ Eric D. Bruce*
ERIC D. BRUCE, #09438
P.O. Box 75037
Wichita, KS 67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
EBruce@KsAdvocates.com
Attorney for Pacific Plaza Imports, Inc.

## CERTIFICATE OF SERVICE

I certify that on this January 29, 2018, copies of the Motion to Modify Stay and Notice was served on Joseph A. Knopp and U.S. Trustee is shown on the Notice of Electronic Filing generated by the Clerk's office, at the filing of this document; and to the debtor(s) Tsar Nichoulai Caviar, LLC, 5018 Tuttle Cove, Manhattan, KS 66502.

*S/ Eric D. Bruce*
ERIC D. BRUCE

6